Stacey L. Mullen, Esquire
2091 N. Springdale Road
Suite 17
Cherry Hill, NJ 08003
(856) 778-8677
Attorney for Debtor

---

| | |
|---|---|
| In re | UNITED STATES BANKRUPTCY COURT |
| | DISTRICT OF NEW JERSEY |
| Michael Rafine | CHAPTER 13 |
| | Case No.: 24-12789 (JNP) |
| Debtor | |
| | APPLICATION PURSUANT TO LOCAL |
| | RULE 3(k) FOR ENTRY OF A WAGE ORDER |

The Debtor, hereby makes an application pursuant to Local Rule 3(k) for the entry of a Wage Order to allow the Debtor's employer to fund the Trustee and/or Mortgage payments through wages, and in support thereof states the following:

1.      Debtor desires to assure required monthly payments to the Trustee and/or mortgage companies.  Debtor indicates a wage order would be beneficial to all parties inasmuch as it would assure such payments and successful completion of the Chapter 13 plan as well as rehabilitation of the Debtor in compliance with the legislative intent of Title 11.

2.      Debtor's counsel hereby submits the wage order to the Court herewith.

3.      Debtor has served a copy of this application and a copy of the wage order on the following:

Andrew B. Finberg, Esquire            Attn: Human Resources
Cherry Tree Corporate Center          Hollywood Casino Perryville
535 Rt. 38, Suite 580                 1201 Chesapeake Overlook Pkwy
Cherry Hill, NJ 08002                 Perryville, MD 21903

4.      WHEREFORE, applicant requests that the Court enter the Wage Order above-referenced and submitted to the court herewith.

Respectfully submitted,
_/s/Stacey L. Mullen, Esquire
Date: 04/11/24                        Stacey L. Mullen, Esquire
                                      Attorney for Debtor/Applicant