UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Andrew B. Finberg, Esquire
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977
(856) 663-5002

Order Filed on April 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MICHAEL A. RAFINE

Debtor(s)

Case No. 24-12789 (JNP)

Judge:  Jerrold N. Poslusny, Jr.

# CONSENT ORDER
## RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 12, 2024**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:     Michael A. Rafine
Case No.   24-12789 (JNP)
**CONSENT ORDER RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE**

_____

Upon agreement with the Trustee and Debtor, for bad faith filing pursuant to 11 U.S.C. §1307 (c) and good cause appearing therefore, it is hereby;

**ORDERED** that Debtor's Chapter 13 case number 24-12789 (JNP) is hereby allowed to continue;

**IT IS FURTHER ORDERED** that if the Debtor's instant Chapter 13 case should be dismissed, the Debtors shall be barred from filing for bankruptcy protection under Chapter 13 for a period of 180 days from the date of dismissal of Debtor's case.

| | |
|---|---|
| /s/ Stacey L. Mullen | 4/11/2024 |
| Stacey L. Mullen, Esquire | Date |
| Counsel for Debtor | |

| | |
|---|---|
| /s/ Andrew B. Finberg | 4/11/2024 |
| Andrew B. Finberg | Date |
| Chapter 13 Standing Trustee | |