UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Andrew B. Finberg
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977
(856) 663-5002

In Re:

MICHAEL A. RAFINE

Debtor(s)

Case No.: 24-12789

Judge: Jerrold N. Poslusny Jr.

**STIPULATION ADJUSTING TRUSTEE PAYMENTS**

**WHEREAS**, a review of Debtor(s)' case by the Chapter 13 Standing Trustee's Office revealed that Debtor(s)' monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS**, the Trustee and Debtor(s)' counsel have agreed to resolve the adjustment in Trustee payments by Stipulation;

**NOW THEREFORE**, the Trustee and counsel for Debtor(s) hereby agree as follows: Debtor(s)' case be and is hereby allowed to continue at $4,650.00 paid to date, then $1,714.00 per month for the remaining 55 months starting September 01, 2024 for a total plan length of sixty (60) months.

If applicable, an amended Order to Employer to pay the Chapter 13 Trustee shall be prepared and filed with the Court by the debtor(s) or debtor(s)' attorney, if any, within thirty (30) days from the date of this Order, debtor shall submit amended self-wage order plan payments via TFS Bill Pay.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on 06/05/2024, remain in effect.

_____  09/02/2024
Debtor(s)' Attorney                              Date

/s/ _Andrew B. Finberg_____   08/06/2024

Andrew B. Finberg                                Date
Chapter 13 Standing Trustee

** Stipulation only valid if signed by all parties AND filed by the Chapter 13 Standing Trustee.

# Payment Complete - Confirmation

Your payment has now been submitted. Please print this page for your reco

**On the 03 Sep 2024, $ 1,802.00 will be debited from your account.**

| | |
|---|---|
| Confirmation Number: | 9960264 |
| Payer Name: | Michael A Rafine |
| Payer Email Address: | michaelrafine@hotmail.com |
| Online Payment ID: | 24127895224 |
| Chapter 13 Trustee: | Andrew B. Finberg |
| Payment Type: | Single Payment |
| Payment Entered Date: | 02 Sep 2024 |
| Payment Date: | 02 Sep 2024 |
| Payment Effective Date: | 03 Sep 2024 |
| Payment Amount: | $ 1,800.00 |
| Bank Processing Fee: | $ 2.00 |
| **Total Amount:** | **$ 1,802.00** |

*Please note, this payment will show as two separate debits to your banking ac in the amounts of $ 1,800.00 and $ 2.00*

 Close Window     Print