**Fill in this information to identify your case:**

Debtor 1: Michael A. Rafine

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: District of New Jersey

Case number (If known): 24-12789

Check if this is:
☑ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date: ___ MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ☑ Employed ☐ Not employed | ☐ Employed ☐ Not employed |
   | Occupation | Maintenance Technician | |
   | Employer's name | Penn Cecil Maryland, LLC | |
   | Employer's address | Number Street / City State ZIP Code | Number Street / City State ZIP Code |
   | How long employed there? | 11/20/2023 | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 3,234.80 | $ _____ |
| 3. | Estimate and list monthly overtime pay. | + $ 0.00 | + $ _____ |
| 4. | Calculate gross income. Add line 2 + line 3. | $ 3,234.80 | $ _____ |

Official Form 106I    Schedule I: Your Income    page 1

Debtor 1  Michael A. Rafine
 First Name   Middle Name   Last Name

Case number (if known) _____

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 4. Copy line 4 here | $ 3,234.80 | $ _____ |

5. List all payroll deductions:

| | | |
|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. $ 397.99 | $ _____ |
| 5b. Mandatory contributions for retirement plans | 5b. $ 0.00 | $ _____ |
| 5c. Voluntary contributions for retirement plans | 5c. $ 0.00 | $ _____ |
| 5d. Required repayments of retirement fund loans | 5d. $ 0.00 | $ _____ |
| 5e. Insurance | 5e. $ 0.00 | $ _____ |
| 5f. Domestic support obligations | 5f. $ 0.00 | $ _____ |
| 5g. Union dues | 5g. $ 0.00 | $ _____ |
| 5h. Other deductions. Specify: _____ | 5h. +$ 0.00 | +$ _____ |

6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.    6. $ 397.99    $ _____

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.    7. $ 2,836.81    $ _____

8. List all other income regularly received:

8a. Net income from rental property and from operating a business, profession, or farm
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a. $ 0.00    $ _____

8b. Interest and dividends    8b. $ 0.00    $ _____

8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c. $ 0.00    $ _____

8d. Unemployment compensation    8d. $ 0.00    $ _____

8e. Social Security    8e. $ 0.00    $ _____

8f. Other government assistance that you regularly receive
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f. $ 0.00    $ _____

8g. Pension or retirement income    8g. $ 0.00    $ _____

8h. Other monthly income. Specify: girlfriend contribution    8h. +$ 1,200.00    +$ _____

9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    9. $ 1,200.00    $ _____

10. Calculate monthly income. Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10. $ 4,036.81 + $ 0.00 = $ 4,036.81

11. State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
Specify: _____    11. +$ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies    12. $ 4,036.81
Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
☑ No.
☐ Yes. Explain: _____

Official Form 106I    Schedule I: Your Income    page 2