Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−12789−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael A. Rafine
   91 Castle Heights Avenue
   Pennsville, NJ 08070

Social Security No.:
   xxx−xx−5224

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 1/21/25 at 10:00 AM

to consider and act upon the following:

**53** − Certification in Opposition to (related document:52 Creditor's Certification of Default (related document:40 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of M&T BANK. Objection deadline is 01/6/2025. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor M&T BANK) filed by Stacey L. Mullen on behalf of Michael A. Rafine. (Mullen, Stacey)

Dated: 12/31/24

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court