Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 24-12789 (JNP)

Michael A. Rafine  
91 Castle Heights Avenue  
Pennsville, NJ  08070

Monthly Payment: $11,850.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 04/15/2024 | $1,550.00 | 05/22/2024 | $1,550.00 | 06/03/2024 | $1,550.00 | 09/03/2024 | $1,800.00 |
| 10/03/2024 | $1,800.00 | 11/04/2024 | $1,800.00 | 12/02/2024 | $1,800.00 | 12/05/2024 | $-1,800.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MICHAEL A. RAFINE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $4,750.00 | $4,750.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| 1 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $15,941.98 | $0.00 | $15,941.98 | $0.00 |
| 2 | ATLANTIC CITY ELECTRIC COMPANY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE, N.A. | 33 | $1,446.57 | $0.00 | $1,446.57 | $0.00 |
| 4 | CAPITAL ONE BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | DISCOVER BANK | 33 | $777.42 | $0.00 | $777.42 | $0.00 |
| 6 | FIRST NATIONAL BANK OF OMAHA | 33 | $1,000.70 | $0.00 | $1,000.70 | $0.00 |
| 7 | FIRST NATIONAL BANK OF OMAHA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $916.44 | $0.00 | $916.44 | $0.00 |
| 9 | KML LAW GROUP | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | LVNV FUNDING, LLC | 33 | $1,544.16 | $0.00 | $1,544.16 | $0.00 |
| 11 | LENDUMO | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | LITTLE LAKE LENDING | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | LYONS, DOUGHTY & VELDHUIS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | LYONS, DOUGHTY & VELDHUIS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | M & T BANK | 24 | $83,358.68 | $2,561.40 | $80,797.28 | $0.00 |
| 16 | NAVIENT SOLUTIONS, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | NAVIENT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | NEW JERSEY TURNPIKE AUTHORITY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | PETRO | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $705.31 | $0.00 | $705.31 | $0.00 |
| 21 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $877.65 | $0.00 | $877.65 | $0.00 |
| 22 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $808.68 | $0.00 | $808.68 | $0.00 |
| 23 | QUANTUM3 GROUP, LLC | 33 | $1,090.76 | $0.00 | $1,090.76 | $0.00 |
| 24 | QUANTUM3 GROUP, LLC | 33 | $333.53 | $0.00 | $333.53 | $0.00 |
| 25 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | Stacey L. Mullen | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | LVNV FUNDING, LLC | 33 | $1,355.09 | $0.00 | $1,355.09 | $0.00 |
| 29 | QUANTUM3 GROUP, LLC | 33 | $2,626.40 | $0.00 | $2,626.40 | $0.00 |
| 30 | QUANTUM3 GROUP, LLC | 33 | $258.91 | $0.00 | $258.91 | $0.00 |
| 31 | M & T BANK | 24 | $10,085.64 | $184.60 | $9,901.04 | $0.00 |
| 32 | M & T BANK | 13 | $549.00 | $549.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2024 | 8.00 | $0.00 |
| 12/01/2024 | Paid to Date | $11,850.00 |
| 01/01/2025 | 51.00 | $1,966.00 |
| 04/01/2029 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $10,050.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $1,800.00 |
| Attorney: | STACEY L. MULLEN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**