UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

In Re:

Michael A. Rafine,

Debtor.

Case No.: 24-12789-JNP

Chapter: 13

Hearing Date: 01/21/2025

Judge: Poslusny

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled       ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 52)

Date: 01/17/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*