Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24–12789–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael A. Rafine
   91 Castle Heights Avenue
   Pennsville, NJ 08070

Social Security No.:
   xxx–xx–5224

Employer's Tax I.D. No.:

### NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:             February 20, 2025
Time:                02:00 PM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*62* – Objection to to Professional Fees (related document:61 Application for Compensation for Stacey L. Mullen, Debtor's Attorney, period: to, fee: $700.00, expenses: $0.00. Filed by Stacey L. Mullen. Objection deadline is 2/6/2025. (Attachments: # 1 Certificate of Service # 2 Exhibit # 3 Proposed Order) filed by Debtor Michael A. Rafine) filed by Andrew B Finberg on behalf of Andrew B Finberg. (Finberg, Andrew)

and transact such other business as may properly come before the meeting.

Dated: February 3, 2025
JAN: kvr

                                                                                                Jeanne Naughton
                                                                                                Clerk