UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Andrew B. Finberg, Esquire (AB 1574)**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

| In Re: | Case No. 24-12789 (JNP) |
|---|---|
| **Michael A. Rafine** | Judge: Jerrold N. Poslusny, Jr. |
| Debtor(s)' | **STIPULATION ADJUSTING TRUSTEE PAYMENTS** |

**WHEREAS** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated, and good cause having been shown, and

**WHEREAS** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation.

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follows: Debtor's case be and is hereby allowed to continue at $12,016.00 total receipts applied to plan, then $2007.00 per month for the remaining fifty (50) months, commencing February 1, 2025 for a total of sixty (60) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on June 5, 2024, remain in effect.

_____
Stacey L. Mullen, Esquire
Attorney for Debtor

Dated: 2/2/25

/s/ Andrew B. Finberg
Andrew B. Finberg
Chapter 13 Standing Trustee

Dated: 2/3/2025

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978

Page 2 of 2