| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stacey L. Mullen, Esquire<br>2091 N. Springdale Road - Suite 17<br>Cherry Hill, New Jersey, 08003<br>(856) 778-8677<br>Attorney for Debtor(s)<br>Stacey L. Mullen, Esquire (SLM-5588) | Order Filed on February 7, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Michael A. Rafine,<br><br>                    Debtor | Case No.: 24-12789 (JNP)<br><br>Chapter 13<br><br>Hearing Date:<br><br>Judge: JNP |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**

**DATED: February 7, 2025**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case No.  24-12789 (JNP)
Amended Order Granting Supplemental Chapter 13 Fees
Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that <u>Stacey L. Mullen</u>, the applicant, is allowed a fee of $ <u>400.00</u> for services rendered and expenses in the amount of $ <u>0.00</u> for a total of $ <u>400.00</u>. The allowance shall be payable:

      <u>XXXXX</u>      through the Chapter 13 plan as an administrative priority.

                          outside the plan.

The debtor's monthly plan is modified to require a payment of <u>$2,023.00</u> per month for <u>50 months</u> to allow for payment of the aforesaid fee.

(Local Form 14 Rev. September 2002)